UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DEALER SERVICES CORPORATION, )<br>Plaintiff, )<br>)<br>vs. )<br>)<br>THE SMART SHOPPER SOLUTION, INC. )<br>and JOHNNY R. GARVIN, )<br>Defendants. ) | 1:06-cv-1645-TAB-DFH |

### ORDER GRANTING MOTION FOR PREJUDGMENT POSSESSION

Plaintiff Dealer Services Corporation ("DSC") filed suit against Defendants The Smart Shopper Solution, Inc. ("Smart Shopper") and Johnny R. Garvin, alleging breach of promissory note and breach of guaranty. [Docket No. 1, Attach. 1.][1] Plaintiff seeks prejudgment possession of certain items of collateral as described in the promissory note pursuant to Ind. Code § 32-35-2-1 upon posting a bond in the amount of $50,000.00. A hearing was held on the matter on October 16, 2007.

In support of Plaintiff's motion for prejudgment possession of the collateral, Plaintiff provided the Court with the affidavit signed by Floyd Smith, Risk Account Manager for DSC. In the affidavit, Smith attested that the parties entered into a promissory note on November 2, 2005, for two hundred thousand dollars together with interest payable and other charges, that through the promissory note DSC has a security interest in all of Smart Shopper's collateral, that DSC perfected its security interest in the collateral by filing a UCC Financing Statement with the Office of the New Jersey Secretary of State, and that Smart Shopper is in default under the terms

---

[1] Plaintiff filed the action in Marion Superior Court, and Defendants filed a notice of removal on November 15, 2006.

of the promissory note.  Previously, the Plaintiff also provided the Court with a copy of the promissory note [Docket No. 1, Attach. 1 at 6-13], a copy of the individual personal guaranty signed by Johnny R. Garvin [Docket No. 1, Attach 2 at 14-15], and a copy of the UCC Financing Statement filed with the Office of the New Jersey Secretary of State on November 21, 2005 [Docket No. 1, Attach 1 at 16].  Finally, Plaintiff provided the Court with documentation of a replevin bond posted with The Cincinnati Insurance Company, which is attached to this order. [Docket No. 30.]

Based on this documentation, Plaintiff claims it is entitled to the following vehicles known to be owned by Smart Shopper:

    A.  A 2000 Chevy van, VIN ending in 108947, Stock #12;

    B.  A 2001 Mercedes S-Class, VIN ending 171710, Stock #13;

    C.  A 1999 Ford Expedition, VIN ending in A11620, Stock #14; and

    D.  A 2001 Mercedes S-Class, VIN ending in 145097, Stock #15.

Plaintiff believes these items are in the possession of Smart Shopper, located in Bergen County in the State of New Jersey.

Defendants failed to appear at the October 16, 2007, hearing and failed to file an objection to Plaintiff's motion for prejudgment possession.  Finding that the uncontested evidence demonstrates that Plaintiff is entitled to the above described property, the Court hereby grants Plaintiff's motion [Docket No. 25] for prejudgment possession of the above-described vehicles.  Smart Shopper shall immediately, and without delay, deliver to DSC possession of the Vehicles.  Defendants have the right to file a written undertaking by October 26, 2007, for the redelivery of the property as provided in Ind. Code § 32-35-2-22.  As required by the statute, the

written undertaking must provide that Defendants are bound to the value of the property if the property is to be redelivered, which the Court determined to be $50,000, and for the payment to Plaintiff of the sum that may be recovered against Defendant in the action for Defendant's wrongful detention of the property.

Dated:  10/18/2007

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

Samuel D. Hodson
BARNES & THORNBURG LLP
samuel.hodson@btlaw.com

Gary M. Hoke
BARNES & THORNBURG LLP
gary.hoke@btlaw.com

JOHNNY R. GARVIN
16 Oratam Road
Upper Saddle River, NJ 07458